UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October two thousand twenty-four.

Kaloma Cardwell,

    Plaintiff - Appellant,

v.

Davis Polk & Wardwell LLP, Thomas Reid, John Bick,

    Defendants - Appellees,

William Chudd, Sophia Hudson, Harold Birnbaum, Daniel Brass, Brian Wolfe, John Butler,

    Defendants.

**ORDER**
Docket No. 24-606

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court